IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy Case No. |
| Dena Chase Todd | ) | |
| SSN: xxx-xx-0400 | ) | |
| 879 Launch Drive | ) | 11-40839-JJR-7 |
| Ashville, Alabama 35953 | ) | |
| | ) | |
| Debtor(s). | ) | Chapter 7 |

## TRUSTEE'S SECOND NOTICE OF INTENT TO SELL

Notice is hereby given that the Trustee, Rocco J. Leo, intends to sell the Estate's interest, if any, in the real and personal property which is more particularly described in Exhibit "A" and hereinafter referred to as the "Property", as follows:

1. The Debtor filed a Petition for Relief under Chapter 7 of Title 11 of the <u>United States Code</u> on March 25, 2011.

2. Rocco J. Leo is the duly appointed Trustee in the above-styled case.

3. The Bankruptcy Estate's interest in the Property will be sold to Bump and Run, LLC for a purchase price of $3,000.00.

3. The Trustee proposes to issue documents of conveyance to the above-referenced interest in the Property as may be appropriate, conveying the Trustee's or Estate's right, title and interest in the Property.

4. The Property is sold "As Is" and "Where Is" with no warranty of any type whatsoever.

5. The Trustee requests that the stay set forth in Federal Bankruptcy Rule of Procedure 6004(h) be waived so that the sale can take place immediately, if approved.

6. <u>IF YOU CLAIM A LIEN ON OR INTEREST IN ANY OF THE PROPERTY AND</u>

IT IS NOT SET FORTH HEREIN ABOVE YOU SHOULD IMMEDIATELY MAKE SUCH LIEN OR INTEREST KNOWN TO THE TRUSTEE AND THE COURT.  THIS PROPOSED SALE MAY AFFECT YOUR RIGHTS UNDER TITLE 11 UNITED STATES CODE SECTION 363.

Dated this 27th day of February, 2014.

/s/ Max C. Pope

Max C. Pope, Jr.
Joy Beth Smith
Attorneys for Trustee, Rocco J. Leo
Post Office Box 2958
Birmingham, Alabama 35202
(205) 327-5566

Case 11-40839-JJR7    Doc 136    Filed 02/27/14    Entered 02/27/14 16:37:22    Desc Main Document    Page 2 of 6

## EXHIBIT "A"

1. Any and all interest the Estate has in Pups, LLC;

2. Any and all interest the Estate has in the following listed litigations:

    A. Litigation involving BancorpSouth unrelated to property in St. Clair County that was abandoned;

    B. Litigation involving Harlan Winn;

    C. Litigation involving Janet Brock;

    D. Litigation involving Mike Todd and Todd Family Properties;

3. Any and all of the Estate's interest in the purported Elder agreements;

4. Any and all of the Estate's interest in the 2000 Montero Sport

5. Any and all interest in the Estate of Chase Resorts, LLC (listed under question number 18 of the Statement of Financial Affairs.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2014, I have served a copy of the foregoing **Withdrawal of Trustee's Notice of Intent to Sell** on the parties listed below and on the attached matrix by depositing the same in the United States Mail, postage prepaid and properly addressed, or if the party being served is a registered participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama, service has been made by a "Notice of Electronic Filing" pursuant to FRBP 9036 in accordance with subparagraph II.B.4. of the Court's Administrative Procedures as indicated below:

**Served Via Electronic Mail:**
Robert J. Landry, III
Robert_Landry@alnba.uscourts.gov
Bankruptcy Administrator
1129 Noble Street, Room 117
Anniston, Alabama 36201

Clark R. Hammond
chammond@jbpp.com
Colonial Brookwood Center
569 Brookwood Village, Ste 901
Birmingham, AL 35209

Robert D. McWhorter, Jr.
rdmcwhorter@bellsouth.net
Inzer, Haney & McWhorter, P.A.
Post Office Box 287
Gadsden, AL 35902-0287

**Served via Notice of Electronic Filing:**
Jonathan E. Raulston
jraulston@ehjlaw.com
Engel, Hairston and Johanson, P.C.
Post Office Box 11405
Birmingham, Alabama 35202

**Served via Notice of Electronic Filing:**
Rocco J. Leo
rleo@leoandoneal.com
Leo & O'Neal
3250 Independence Dr.
Birmingham, AL 35209-4141

Harlan Frank Winn III
hwinn@battlewinn.com
Battle & Winn, L.L.P.
The Financial Center
505 20th Street North Suite 1150
Birmingham, AL 35203-2605

**Served Via U.S. Mail:**
Dena Chase Todd
114 South 8th Street
Gadsden, Alabama 35903

Dena Chase Todd
879 Launch Drive
Ashville, Alabama 35953

**All parties on the attached matrix were served via U.S. Mail.**

/s/ Max C. Pope, Jr.
Joy Beth Smith

Case 11-40839-JJR7    Doc 136    Filed 02/27/14    Entered 02/27/14 16:37:22    Desc Main
Document      Page 4 of 6

```
Label Matrix for local noticing          BancorpSouth Bank                         U. S. Bankruptcy Court
1126-1                                   c/o Engel, Hairston & Johanson, P.C.      1129 Noble Street, Room 117
Case 11-40839-JJR7                       Attn: Jonathan E. Raulston                Anniston, AL 36201-4674
NORTHERN DISTRICT OF ALABAMA             P.O. Box 11405
Anniston                                 Birmingham, AL 35202-1405
Thu Feb 27 14:58:18 CST 2014

ABBOTT & DAVIS LLC                       ADAMS & REESE LLP                         ALABAMA POWER
308 MARTIN ST N                          CONCORD CENTER                            P O BOX 242
STE 200                                  2100 THIRD AVE N                          BIRMINGHAM AL 35292-0001
PELL CITY AL 35125-1737                  STE 1100
                                         BIRMINGHAM AL 35203-3385

ALABAMA POWER COMPANY                    Adams and Reese LLP                       BRADENS FURNITURE CO INC
P.O. BOX 12465                           Concord Center                            106 CHALKVILLE RD
BIRMINGHAM, AL  35202-2465               2100 Third Avenue North, Suite 1100       TRUSSVILLE AL 35173
                                         Birmingham, AL 35203-3385


Braden's Furniture Co. Inc.              CUSIMANO & KNOWLES LLC                    DOWDY LAND SURVEYING SER
106 Chalkville Road                      153 S 9TH ST                              308 HOOD AVE N
Trussville, AL 35173                     GADSDEN AL 35901-3645                     GADSDEN AL 35903-1029



Dowdy Land Surveying Services            E H MCMULLEN                              E H McMullen
308 Hood Avenue North                    9154 GREAT ERON CIRCLE                    9154 Great Heron Circle
Gadsden AL 35903-1029                    ORLANDO FL 32836-5487                     Orlando, FL 32836-5487



(p)INTERNAL REVENUE SERVICE              MIKE TODD                                 NAFS
CENTRALIZED INSOLVENCY OPERATIONS        1221 VISTA LANE                           165 LAWRENCE BELL DR
PO BOX 7346                              BIRMINGHAM AL 35216-2359                  STE 100
PHILADELPHIA PA 19101-7346                                                         P O BOX 9027
                                                                                   WILLAMSVILLE NY 14231-9027


NAFS                                     RJM ACQUSITIONS LLC                       RJM Acquisitions LLC
165 Lawrence Bell Dr. Ste 100            575 UNDERHILL BLVD                        575 Underhill Blvd Ste 224
P O Box 9027                             SUITE 224                                 Syosset, NY 11791-4437
Williamsville NY 14231-9027              SYOSSET, NY 11791-4437



ROBERT CHARLES LESSER &                  ROY ASHLEY                                STATE OF ALABAMA
7220 WISCONSIN AVE                       4640 BRUNNING CT                          DEPARTMENT OF REVENUE
7TH FL                                   DUNWOODY GA 30338-3119                    COLLECTION SERVICES
BETHESDA MD 20814-4812                                                             PO BOX 327820
                                                                                   MONTGOMERY AL 36132-7820


TRANSWORLD SYSTEMS                       Transworld Systems                        U S Attorney
400 VESTAVIA PARKWAY #21                 400 Vestavia Parkway, #271                1801 N 4th Ave
#217                                     Birmingham AL 35216-7700                  Birmingham AL 35203-2101
BIRMINGHAM, AL 35216-3763



WACHOVIA BANK                            WEATHERS ACE HARDWARE                     WOMENS CARE SPECIALITS P
c/o WELLS FARGO                          P O BOX 748                               2006 BROOKWOOD MED. CENT
PO BOX 63710                             BOAZ AL 35957-0748                        WMP STE 600
SAN FRANCISO, CA 94163-0001                                                        BIRMINGHAM, AL 35209-6899
```

```
Dena Chase Todd                         Mike Todd                                  Robert J Landry
879 Launch Drive                        c/o Battle & Winn LLP                      Anniston Bankruptcy Administrator
Ashville, AL 35953-4750                 505 20th Street North                      1129 Noble Street
                                        Suite 1150                                 Room 117
                                        Birmingham, AL 35203-4620                  Anniston, AL 36201-4674


Rocco J Leo
Leo and O'Neal
3250 Independence Drive, Ste 201
Birmingham, AL 35209-4187
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE
PO BOX 21126
PHILIADELPHA PA 19114
```

          The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Abbott & Davis LLC                   (d)Alabama Power                           (d)Cusimano & Knowles LLC
308 Martin St. N.                       P O Box 242                                153 S 9th Street
Ste 200                                 Birmingham AL 35292-0001                   Gadsden, AL 35901-3645
Pell City, AL 35125-1737


(d)Mike Todd                            (u)PUPS LLC                                (u)Robert Charles Lesser & Co., LLC
1221 Vista Lane                         W/ TODD FAMILY PROPERTY
Birmingham AL 35216-2359


(d)Roy Ashley                           (u)UNITED RENTALS/ROBERT B HUIE            (du)United Rentals/Robert B Huie
4640 Brunning Ct.
Dunwoody, GA 30338-3119


(d)Weathers Ace Hardware                End of Label Matrix
P O Box 748                             Mailable recipients    33
Boaz, AL 35957-0748                     Bypassed recipients    10
                                        Total                  43
```